IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | CASE NO. 7:09-CR-020-O-KA -1 |
| vs. | | |
| RICKY JOE LEWIS (1) | | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**RICKY JOE LEWIS**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Counts 1, 2, 3, and 4 of the Indictment**. After cautioning and examining **RICKY JOE LEWIS** under oath concerning each of the subjects mentioned in Rule 11, I determined that each guilty plea was knowledgeable and voluntary and that each offense charged was supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the pleas of guilty be accepted and that **RICKY JOE LEWIS** be adjudged guilty and have sentence imposed accordingly.

Date:   June 17, 2009

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).